# United States Court of Appeals
## For the First Circuit

No. 22-1389

BRT MANAGEMENT LLC,

Plaintiff, Appellant,

v.

MALDEN STORAGE LLC; PLAIN AVENUE STORAGE LLC,

Defendants/Third-Party Plaintiffs, Appellees,

BRIAN WALLACE,

Third-Party Defendant, Appellant,

BANNER DRIVE STORAGE LLC,

Defendant.

ERRATA SHEET

The opinion of this Court issued on May 22, 2023, is amended as follows:

On page 4, line 18, "Mehrota" is replaced with "Mehrotra."